AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:04CR00478-001
DEFENDANT: KERISIANO SILI SATAUA

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 MONTHS.

[✓] The court makes the following recommendations to the Bureau of Prisons:
1. Prison camp in the Western Part of the United States.
2. Mental Health Treatment Program
3. Educational/Vocational Training

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2006

at __1__ o'clock and __35__ min. P M
SUE BEITIA, CLERK

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [✓] before 2:00 p.m. on 1/05/2006.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

Defendant ~~delivered~~ *self-surrendered* on JAN 05, 2006 to FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

John T. Rathman
~~UNITED STATES MARSHAL~~
WARDEN

By  J. Lumi
~~Deputy U.S. Marshal~~
Legal Tech